# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## Miami Division
## Case No. 1:20-cv-23159-AMC

FILED BY___PG___D.C.

DEC 0 1 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

IKSA EXIM, INC., a Florida corporation
and IZHAK KASHANI, an individual
                Plaintiff

vs.

LAWRENCE ALLOUCHE a/k/a LARRY
ALLOUCHE a/k/a LARRY ALUSH and
ARIEL LLC, a Pennsylvania limited liability
company,
                Defendants

---

## THE DEFENDANT'S ANSWER TO THE COMPLAINT

NOW COMES Defendant Larry Allouche and Ariel LLC, Pro Se, files this **ANSWER** to Plaintiff's Complaint **WITH NEW MATTER.** In support of same, they aver as following:

1. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 1; therefore the Defendants response to paragraph 1 is DENIED.

2. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 2; therefore the Defendants response to paragraph 2 is DENIED.

3. ADMITTED.

4. ADMITTED.

5. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 5; therefore the Defendants response to paragraph 5 is DENIED.

## JURISDICTION

6. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 6; therefore the Defendants response to paragraph 6 is DENIED.

## GENERAL ALLEGATIONS

7. ADMITTED.

8. ADMITTED.

9. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 9; therefore the Defendants response to paragraph 9 is DENIED.

10. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 10; therefore the Defendants response to paragraph 10 is DENIED.

11. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 11; therefore the Defendants response to paragraph 11 is DENIED.

12. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 12; therefore the Defendants response to paragraph 12 is DENIED.

13. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 13; therefore the Defendants response to paragraph 13 is DENIED.

14. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 14; therefore the Defendants response to paragraph 14 is DENIED.

15. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 15; therefore the Defendants response to paragraph 15 is DENIED.

16. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 16; therefore the Defendants response to paragraph 16 is DENIED.

17. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 17; therefore the Defendants response to paragraph 17 is DENIED.

18. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 18; therefore the Defendants response to paragraph 18 is DENIED.

   a. DENIED. Defendants do not have the sufficient information to formulate an answer to sub-paragraph "a"; therefore the Defendants response to paragraph "a" is DENIED.

    b.   DENIED.  Defendants do not have the sufficient information to formulate an answer to sub-paragraph "b"; therefore the Defendants response to sub-paragraph "b" is DENIED.

    c.   DENIED. Defendants do not have the sufficient information to formulate an answer to sub-paragraph "c"; therefore the Defendants response to sub-paragraph "c" is DENIED.

19. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 19; therefore the Defendants response to paragraph 19 is DENIED.

20. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 20; therefore the Defendants response to paragraph 20 is DENIED.

21. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 21; therefore the Defendants response to paragraph 21 is DENIED.

22. DENIED.  Defendants do not have the sufficient information to formulate an answer to paragraph 22; therefore the Defendants response to paragraph 22 is DENIED.

23. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 23; therefore the Defendants response to paragraph 23 is DENIED.

    a.   DENIED. Defendants do not have the sufficient information to formulate an answer to sub-paragraph "a"; therefore the Defendants response to paragraph "a" is DENIED.

    b.   DENIED.  Defendants do not have the sufficient information to formulate an answer to sub-paragraph "b"; therefore the Defendants response to sub-paragraph "b" is DENIED.

    c.   DENIED. Defendants do not have the sufficient information to formulate an answer to sub-paragraph "c"; therefore the Defendants response to sub-paragraph "c" is DENIED.

    d.   DENIED. Defendants do not have the sufficient information to formulate an answer to sub-paragraph "d"; therefore the Defendants response to paragraph "d" is DENIED.

    e.   DENIED.  Defendants do not have the sufficient information to formulate an answer to sub-paragraph "e"; therefore the Defendants response to sub-paragraph "e" is DENIED.

    f.   DENIED. Defendants do not have the sufficient information to formulate an answer to sub-paragraph "f"; therefore the Defendants response to sub-paragraph "f" is DENIED.

24. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 24; therefore the Defendants response to paragraph 24 is DENIED.

25. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 25; therefore the Defendants response to paragraph 25 is DENIED.

26. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 26; therefore the Defendants response to paragraph 26 is DENIED.

27. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 27; therefore the Defendants response to paragraph 27 is DENIED.

28. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 28; therefore the Defendants response to paragraph 28 is DENIED.

29. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 29; therefore the Defendants response to paragraph 29 is DENIED.

    i)     DENIED. Defendants do not have the sufficient information to formulate an answer to sub-paragraph i); therefore the Defendants response to sub-paragraph i) is DENIED.

    ii)     DENIED. Defendants do not have the sufficient information to formulate an answer to sub-paragraph ii); therefore the Defendants response to sub-paragraph ii) is DENIED.

    iii)     Defendants do not have the sufficient information to formulate an answer to sub-paragraph iii); therefore the Defendants response to sub-paragraph iii) is DENIED.

    iv)     DENIED. Defendants do not have the sufficient information to formulate an answer to sub-paragraph iv); therefore the Defendants response to sub-paragraph iv) is DENIED.

    v)     DENIED. Defendants do not have the sufficient information to formulate an answer to sub-paragraph v); therefore the Defendants response to sub-paragraph v) is DENIED.

    vi)     DENIED. Defendants do not have the sufficient information to formulate an answer to sub-paragraph vi); therefore the Defendants response to sub-paragraph vi) is DENIED.

    vii)   DENIED. Defendants do not have the sufficient information to formulate an answer to sub-paragraph vii); therefore the Defendants response to sub-paragraph vii) is DENIED.

    viii)   Defendants do not have the sufficient information to formulate an answer to sub-paragraph viii); therefore the Defendants response to sub-paragraph viii) is DENIED.

30. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 30; therefore the Defendants response to paragraph 30 is DENIED.

31. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 31; therefore the Defendants response to paragraph 31 is DENIED.

32. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 32; therefore the Defendants response to paragraph 32 is DENIED.

33. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 33; therefore the Defendants response to paragraph 33 is DENIED.

34. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 34; therefore the Defendants response to paragraph 34 is DENIED.

35. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 35; therefore the Defendants response to paragraph 35 is DENIED.

36. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 36; therefore the Defendants response to paragraph 36 is DENIED.

37. DENIED.  Defendants do not have the sufficient information to formulate an answer to paragraph 37; therefore the Defendants response to paragraph 37 is DENIED.

38. DENIED Defendants do not have the sufficient information to formulate an answer to paragraph 38; therefore the Defendants response to paragraph 38 is DENIED.

39. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 39; therefore the Defendants response to paragraph 39 is DENIED.

40. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 40; therefore the Defendants response to paragraph 40 is DENIED.

41. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 41; therefore the Defendants response to paragraph 41 is DENIED.

42. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 42; therefore the Defendants response to paragraph 42 is DENIED.

43. DENIED.  Defendants do not have the sufficient information to formulate an answer to paragraph 43; therefore the Defendants response to paragraph 43 is DENIED.

44. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 44; therefore the Defendants response to paragraph 44 is DENIED.

45. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 44; therefore the Defendants response to paragraph 44 is DENIED.

46. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 46; therefore the Defendants response to paragraph 46 is DENIED.

47. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 47; therefore the Defendants response to paragraph 47 is DENIED.

48. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 48; therefore the Defendants response to paragraph 48 is DENIED.

49. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 49; therefore the Defendants response to paragraph 49 is DENIED.

50. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 50; therefore the Defendants response to paragraph 50 is DENIED.

51. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 51; therefore the Defendants response to paragraph 51 is DENIED.

52. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 52; therefore the Defendants response to paragraph 52 is DENIED.

53. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 53; therefore the Defendants response to paragraph 53 is DENIED.

54. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 54; therefore the Defendants response to paragraph 54 is DENIED.

55. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 55; therefore the Defendants response to paragraph 55 is DENIED.

56. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 56; therefore the Defendants response to paragraph 56 is DENIED.

57. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 57; therefore the Defendants response to paragraph 57 is DENIED.

58. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 58; therefore the Defendants response to paragraph 58 is DENIED.

59. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 59; therefore the Defendants response to paragraph 59 is DENIED.

60. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 60; therefore the Defendants response to paragraph 60 is DENIED.

61. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 61; therefore the Defendants response to paragraph 61 is DENIED.

## **COUNT I**

62. Defendants hereby incorporate by reference the above paragraphs as if fully set forth herein at length.
63. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 63; therefore the Defendants response to paragraph 63 is DENIED.

64. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 64; therefore the Defendants response to paragraph 63 is DENIED.

65. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 65; therefore the Defendants response to paragraph 65 is DENIED.

66. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 66; therefore the Defendants response to paragraph 66 is DENIED.

67. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 67; therefore the Defendants response to paragraph 67 is DENIED.

## COUNT II

68. Defendants hereby incorporate the above paragraphs by reference as if fully set forth herein at length.

69. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 69; therefore the Defendants response to paragraph 69 is DENIED.

70. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 70; therefore the Defendants response to paragraph 70 is DENIED.

71. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 71; therefore the Defendants response to paragraph 71 is DENIED.

72. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 72; therefore the Defendants response to paragraph 72 is DENIED.

73. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 73; therefore the Defendants response to paragraph 73 is DENIED.

## COUNT III

74. Defendants hereby incorporate the above paragraphs by reference as if fully set forth herein at length.

75. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 75; therefore the Defendants response to paragraph 75 is DENIED.

76. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 76; therefore the Defendants response to paragraph 76 is DENIED.

77. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 77; therefore the Defendants response to paragraph 77 is DENIED.

78. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 78; therefore the Defendants response to paragraph 78 is DENIED.

79. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 79; therefore the Defendants response to paragraph 79 is DENIED.

80. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 80; therefore the Defendants response to paragraph 80 is DENIED.

81. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 81; therefore the Defendants response to paragraph 81 is DENIED.

82. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 82; therefore the Defendants response to paragraph 82 is DENIED.

83. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 83; therefore the Defendants response to paragraph 83 is DENIED.

84. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 84; therefore the Defendants response to paragraph 84 is DENIED.

## COUNT IV

Defendants hereby incorporate the above paragraphs (1-84) by reference as if fully set forth herein at length. **However, it should be noted that Plaintiffs' next 45 (approximately) are completely out of numerical order. Defendant will number each response according to the numbers that should be reflected in Plaintiff complaint.**

85. Defendants hereby incorporate the above paragraphs by reference as if fully set forth herein at length.

86. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 86; therefore the Defendants response to paragraph 86 is DENIED.

87. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 87; therefore the Defendants response to paragraph 87 is DENIED.

88. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 88; therefore the Defendants response to paragraph 89 is DENIED.

89. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 89; therefore the Defendants response to paragraph 89 is DENIED.

90. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 90; therefore the Defendants response to paragraph 90 is DENIED.

91. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 91; therefore the Defendants response to paragraph 91 is DENIED.

## **COUNT V**

92. Defendants hereby incorporate the above paragraphs by reference as if fully set forth herein at length.

93. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 93; therefore the Defendants response to paragraph 93 is DENIED.

94. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 94; therefore the Defendants response to paragraph 94 is DENIED.

95.  DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 95; therefore the Defendants response to paragraph 95 is DENIED.

96. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 96; therefore the Defendants response to paragraph 96 is DENIED.

97. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 97; therefore the Defendants response to paragraph 97 is DENIED.

98. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 98; therefore the Defendants response to paragraph 98 is DENIED.

99. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 99; therefore the Defendants response to paragraph 99 is DENIED.

100. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 100; therefore the Defendants response to paragraph 100 is DENIED.

101. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 101; therefore the Defendants response to paragraph 101 is DENIED.

102. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 102; therefore the Defendants response to paragraph 102 is DENIED.

103. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 103; therefore the Defendants response to paragraph 103 is DENIED.

## COUNT VI

104. Defendants hereby incorporate the above paragraphs by reference as if fully set forth herein at length.

105. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 105; therefore the Defendants response to paragraph 105 is DENIED.

106. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 106; therefore the Defendants response to paragraph 106 is DENIED.

107. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 107; therefore the Defendants response to paragraph 107 is DENIED.

108. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 108; therefore the Defendants response to paragraph 108 is DENIED.

109. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 109; therefore the Defendants response to paragraph 109 is DENIED.

110. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 110; therefore the Defendants response to paragraph 110 is DENIED.

111. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 111; therefore the Defendants response to paragraph 111 is DENIED.

112. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 112; therefore the Defendants response to paragraph 112 is DENIED.

## COUNT VII

113. Defendants hereby incorporate the above paragraphs by reference as if fully set forth herein at length.

114. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 114; therefore the Defendants response to paragraph 114 is DENIED.

115. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 115; therefore the Defendants response to paragraph 115 is DENIED.

116. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 116; therefore the Defendants response to paragraph 116 is DENIED.

117. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 117; therefore the Defendants response to paragraph 117 is DENIED.

## COUNT VIII

118. Defendants hereby incorporate the above paragraphs by reference as if fully set forth herein at length.

119. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 119; therefore the Defendants response to paragraph 119 is DENIED.

120. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 120; therefore the Defendants response to paragraph 120 is DENIED.

121. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 121; therefore the Defendants response to paragraph 121 is DENIED.

122. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 122; therefore the Defendants response to paragraph 122 is DENIED.

123. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 123; therefore the Defendants response to paragraph 123 is DENIED.

## COUNT IX

124. Defendants hereby incorporate the above paragraphs by reference as if fully set forth herein at length.

125. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 125; therefore the Defendants response to paragraph 125 is DENIED.

126. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 126; therefore the Defendants response to paragraph 126 is DENIED.

127. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 127; therefore the Defendants response to paragraph 127 is DENIED.

128. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 128; therefore the Defendants response to paragraph 128 is DENIED.

129. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 129; therefore the Defendants response to paragraph 129 is DENIED.

130. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 130; therefore the Defendants response to paragraph 130 is DENIED.

131. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 131; therefore the Defendants response to paragraph 131 is DENIED.

132. DENIED. Defendants do not have the sufficient information to formulate an answer to paragraph 132; therefore the Defendants response to paragraph 132 is DENIED.

## NEW MATTER

133. Any and all claims and/or cross claims are barred by laches.

134. Any and all claims and/or cross claims are barred by the statute of limitations.

135. Any and all claims and/or cross claims are barred by via comparative negligence act and/or contributory negligence.

136. Any and all claims and/or cross claims are barred by novation.

137. Answering Defendant owed no duty to the Plaintiff.

138. Answering Defendant breached no duty to the Plaintiff.

139. Any and all claims and/or cross claims are barred by accord and satisfaction.

140. The Plaintiff and/or Co-Defendant have failed to negotiate in good faith and/or mitigate damages.

141. Any and all damages allegedly sustained by the Plaintiff were the result of actions of third-parties over whom the answering Defendant had no control.

142. Plaintiff is barred from asserting the instant actions because of the doctrine of Res Judicata or equitable estoppel.

## AFFIRMATIVE DEFENSES

Having answered the Complaint, the Defendants, Larry Allouche and Ariel LLC, Pro Se, files and asserts the following enumerated Affirmative Defenses.

## I. FIRST AFFIRMATIVE DEFENSE

As the First Affirmative Defense the Defendants assert a Failure to State a Cause of Action upon which relief can be granted, as the Plaintiff has failed to sufficiently plead a basis upon which relief can be granted. The Plaintiff fails to allege with specificity any factual allegations to establish the requisite elements. The Plaintiff fails to set forth ultimate facts to show that the Plaintiff is entitled to relief.

## II. SECOND AFFIRMATIVE DEFENSE

As the Second Affirmative Defense, the Defendants, assert Unclean Hands. The actions of the Plaintiff should bar recovery in this action. The Plaintiffs wrongful conduct precludes it from seeking relief and the claim should be dismissed.

## III. SELECTIVE ENFORCEMENT

As the Third Affirmative Defense the Defendants assert Selective Enforcement of the Covenants and Documents by the Plaintiff. The Plaintiff's selective enforcement of the Covenants and Documents within the community is a complete bar to the enforcement of the Covenants and Documents against the Defendants.

## IV. FOURTH AFFIRMATIVE TIVE DEFENSE

As the Fourth Affirmative Defense, the Defendants asserts that Plaintiff's damages were caused, in whole or in part, as a result of Plaintiff's own negligence, therefore, Plaintiff's recovery, if any, should be proportionally diminished by the Doctrine of Comparative Negligence.

## V. FIFTH AFFIRMATIVE DEFENSE

As the Fifth Affirmative Defense, the Defendants asserts that the Plaintiff failed to mitigate any damages allegedly sustained. As such, any damages actually sustained by the Plaintiff should be reduced proportionally for the failure to mitigate such losses.

## VI. SIXTH AFFIRMATIVE DEFENSE

As the Sixth Affirmative Defense, the Defendants state that the alleged injuries to the Plaintiff were caused in whole or in part by the negligence of third parties over whom the Defendant had no control. The Plaintiff's claims against the Defendants must therefore be reduced in proportion to the negligence of third parties.

## VII. SEVENTH AFFIRMATIVE DEFENSE

As the Seventh Affirmative Defense, the Defendants assert that while the Detendants
deny that the Plaintiff is entitled to any recovery whatsoever, to the extent that the Plaintiff's
alleged damages are caused in whole or in part by third parties who are not parties to this action,
liability shall be apportioned according to fault, irrespective of whether such third parties become
parties to this action

## VIII. EIGHTH AFFIRMATIVE DEFENSE
As the Eighth Affirmative Defense, the Defendants assert that any damages alleged by the
Plaintiff were the result of intervening or superseding events, factors, occurrences or conditions,
which were in no way caused or contributed to by the Defendants, therefore, the Defendants are
not liable hence defeating Plaintiff's claim.

## IX NINTH AFFIRMATIVE TIVE DEFENSE
As the Ninth Affirmative Defense, the Defendants state that the alleged injuries to the
Plaintiff were caused in whole or in part by the negligence of third parties over whom the
Defendants had no control. The Plaintiffs claims against the Defendants must therefore be
reduced in proportion to the negligence of third parties.

## X TENTH AFFIRMATIVE  DEFENSE
As the Tenth Affirmative Defense, the Defendants assert Estoppel and state that the
Plaintiff is barred, in whole or in part, from recovery to the extent that it or its agents or real
parties in interest have made statements or taken actions which estop them from asserting the
claims

## XI. ELEVENTH AFFIRMATIVE DEFENSE
As the Eleventh affirmative defense, the Defendants assert that the Plaintiffs claims are
fraudulent, in that Plaintiff deliberately failed to fully and faithfully perform its duties, to the
detriment of the Defendants, and is therefore not entitled to any of the relief or damages sought
in
its complaint.

## XII. TWELFTH AFFIRMATIVE DEFENSE
As the twelfth affirmative defense, the Defendants assert illegality as the Plaintiffs claims
are barred, in whole or in part, by the doctrine of illegality in that the contract forming the basis
of Plaintiffs causes of action violates the law of the State of Florida, as set forth in the
Defendant's counterclaims. Plaintiffs' claims are further barred by illegality arising from
Plaintiffs failure to comply with rules and regulations promulgated by the State of Florida.

## XIII. THIRTEENTH AFFIRMATIVE DEFENSE
As the thirteenth affirmative defense, the Defendants assert Payment. Before
commencement of this action, Defendants discharged plaintiffs claim, and each item of it, by
payment of the monthly assessments.

## XIV FOURTEENTH AFFIRMATIVE DEFENSE
As the Fourteenth affirmative defense, the Defendants assert that the Plaintiffs claims
must fail as the Plaintiff failed to comply with Rule 1.130(a) of the Florida Rules of Civil

Procedure which states in pertinent part, "All bonds, notes, bills of exchange, contracts, accounts, or documents upon which action may be brought or defense made, or a copy thereof or a copy of the portions thereof material to the pleadings, shall be incorporated in or attached to the pleading."

## XV. FIFTEENTH AFFIRMATIVE DEFENSE

As the Fifteenth affirmative defense, the Defendant asserts that Plaintiff s damages, if any, were caused, in whole or in part, as a result of Plaintiffs own negligence and/or actions, therefore, the Plaintiff s recovery, if any, should be proportionally diminished.

## RESERVATION OF RIGHT TO SUPPLEMENT DEFENSES

The facts having not been fully developed, Defendants affirmatively plead any of the following defenses that may become applicable to this action: accord and satisfaction, arbitration and award, assumption of risk, coercion. contract, contributory negligence, discharge in bankruptcy, duress, economic duress, election of remedies, estoppel, failure of consideration, illegality, injury by fellow servant, laches, license, payment, release, res judicata, satisfaction, statute of frauds, waiver, the failure of plaintiff to mitigate damages or take reasonable steps to avoid damages, the failure of plaintiff to exercise ordinary care, and any other matter constituting an avoidance or affirmative defense.

The Defendants, reserve the right to supplement this Answer with any additional Affirmative Defenses they may assert.

Date _ _Nov-30-2020_

# **VERIFICATION**

I verify that the statements made in this complaint are true and correct. I understand that false

Statements herein are made subject to the penalties of 28 U.S.C. § 1746 relating to

unsworn falsification to authorities.

Date _Nov - 30 - 2020_

## **CERTIFICATION OF SERVICE**

       I hereby certify that I have this 30th day of November, 2020 I served a copy of the foregoing document upon the person in the manner indicated below:

       FedEx Express Delivery

               THE BERNSTEIN LAW FIRM
               **Michael I. Bernstein**
               **Jordan C. Kaplan**
               3050 Biscayne Boulevard, Suite 403
               Miami, Florida 33137

Date NOV-30-2020

Align top of FedEx Express® shipping label here.

ORIGIN ID:QFWA   (570) 241-1910
LARRY ALLOUCHE

221 186TH ST

MIAMI, FL 33160
UNITED STATES US

SHIP DATE: 30NOV20
ACTWGT: 0.30 LB
CAD: 6992462/SSF02121

BILL CREDIT CARD

TO   US DISTRICT COURT CLERK
     US DISTRICT COURT
     400 N MIAMI AVE

     MIAMI FL 33128

(561) 803-3400        REF:
INV:
PO:                 DEPT:



FedEx
Express

E

TRK# 3996 0816 0661
0201

TUE – 01 DEC 10:30A
PRIORITY OVERNIGHT

XH MPBA            33128
          FL-US   MIA

