UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-23159-CIV-CANNON/Otazo-Reyes

**IKSA EXIM, INC.**, a Florida Corporation,
and **IZHAK KASHANI,** an individual,

 Plaintiffs,
v.

**LAWRENCE ALLOUCHE,**
a/k/a Larry Allouche,
a/k/a Larry Alush, and **ARIEL LLC**,
a Pennsylvania limited liability company,

 Defendants.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On February 14, 2021, the Court ordered Defendant Ariel LLC to retain counsel permitted to practice before the Court and notify the Court of such [ECF No. 25]. The deadline to comply with that order was **February 25, 2021**. To date, Defendant Ariel LLC has failed to retain counsel permitted to practice before the Court, as required by the order. Accordingly, it is

**ORDERED AND ADJUDGED** that on or before **March 8, 2021**, Defendant Ariel LLC shall **SHOW CAUSE IN WRITING** why Defendant Ariel LLC has not retained counsel. Failure to do so will result in the Court instructing the Clerk of Court to enter default against Defendant Ariel LLC. *See Compania Interamericana Export-Import, S.A., v. Compania Dominicana de Aviacion*, 88 F.3d 948, 951-52 (11th Cir.1996) (upholding a district court's decision to default a corporation for failure to obtain counsel); *Tumi v. Wally's Waterfront, Inc.*, No. 205CV551FTM29SPC, 2007 WL 678013, at *2 (M.D. Fla. 2007) (finding entry of default

judgment appropriate after corporate defendant failed to obtain counsel as directed by court).

**DONE AND ORDERED** in Fort Pierce, Florida, this 2nd day of March 2021.

                                                                    **AILEEN M. CANNON**
                                                                    **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record