**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**Case No. 20-cv-23159-CANNON/OTAZO-REYES**

IKSA EXIM, INC., a Florida corporation
and IZHAK KASHANI, an individual

       Plaintiff

vs.

LAWRENCE ALLOUCHE a/k/a LARRY
ALLOUCHE a/k/a LARRY ALUSH and
ARIEL LLC, a Pennsylvania limited liability
company,

       Defendants.
_____/

**NOTICE OF HEARING**

**YOU ARE HEREBY NOTIFIED** that the undersigned attorney has set down a hearing on **DISCOVERY MATTERS** pursuant to this Court's Notice of Discovery Procedures [D.E. 19], before the Honorable Magistrate Judge Alicia M. Otazo-Reyes of the above-styled Court, on **June 9, 2021** at **1:30 PM**, or as soon thereafter as may be heard, which will take place via telephonic conference. Call-in instructions will be provided by the Court in advance of the hearing. The substance of the discovery matter relates to Defendants' failure to: (a) produce all documents responsive to a Request for Production; and (b) provide sufficient interrogatory responses to the respective interrogatories Plaintiffs propounded on Defendants.

Dated: May 12, 2021

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), I hereby certify that I conferred with all parties or non-parties who may be affected by the relief sought at the above-noticed hearing in a good-faith effort to resolve the issues but have been unable to do so.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **May 12, 2021,** a true and correct copy of the foregoing was filed via the CM/ECF system, which will send a notification of electronic filing to all counsel or parties of record on the Service List below.

Respectfully Submitted,

THE BERNSTEIN LAW FIRM
*Attorneys for Plaintiffs*
3050 Biscayne Boulevard, Suite 403
Miami, Florida 33137
Tel. (305) 672-9544
Fax (305) 672-4572
michael@blfmiami.com
jordan@blfmiami.com
paralegal@blfmiami.com

*s/ Jordan C. Kaplan*
**Michael I. Bernstein**
Florida Bar No. 546208
**Jordan C. Kaplan**
Florida Bar No. 98618

## SERVICE LIST
## CASE NO. 20-cv-23159-CANNON/OTAZO-REYES

**JOSE TEURBE-TOLON, ESQ.**
XANDER LAW GROUP, P.A.
*Attorneys for Defendants*
One N.E. 2nd Avenue, Suite 200
Miami, Florida 33132
jose@xanderlaw.com
david@xanderlaw.com
service@xanderlaw.com